**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7211**

———————

FRANCISCO MURSULI,

                                     Plaintiff - Appellant,

     versus

JANE DOE ADAMS, Correctional Officer; JOHN DOE
SPENCER, Correctional Officer; JANE DOE CLARK
Correctional Officer; DIRCK L. BRENDLINGER,
M.D.,

                                   Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-1271-AM)

———————

Submitted: February 23, 1999      Decided: April 16, 1999

———————

Before HAMILTON, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Francisco Mursuli, Appellant Pro Se. David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francisco Mursuli appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mursuli v. Adams, No. CA-97-1271-AM (E.D. Va. June 18, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on June 16, 1998, the district court's records show that it was entered on the docket sheet on June 18, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).